# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY DANIELS MORAGA,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 85481

**FILED**

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an "Order Denying Defendant's Motion for Production of Documents Under the Freedom of Information Act 5 USCA 512." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Carolyn Ellsworth, Senior Judge
      Roy Daniels Moraga
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

22-35500